# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio (Cleveland)
## NOTICE OF MORTGAGE PAYMENT CHANGE
## FILE WITH COURT

Debtor(s): BRENDA J WEITZEL     Case No: 09-21394

Last 4 digits of Loan No: 0390

Secured Creditor: Chase Home Finance, LLC.

A post-petition mortgage payment change will occur as a result of (check one):

☑ Escrow Analysis     ☐ Vairable Interest Rate Adjustment     ☐ Other

Dated    March 01, 2011

Old Interest Rate: _____
New Interest Rate: _____

Explain "Other": _____

**Current monthly payment amount:**    $875.25

| $690.11 | $0.00 | $45.58 | $139.56 |
|---|---|---|---|
| Principal & Interest | Taxes | Insurance | Other |

Explain each category of expense included in "other": Taxes, hazard ins, mortgage ins, lien, over/short, misc, borrower serv chg, 2nd PI, accident/health, life, replacement reserve, HUD subsidy

**New monthly payment amount:**    $891.29

| $690.11 | $0.00 | $54.00 | $147.18 |
|---|---|---|---|
| Principal & Interest | Taxes | Insurance | Other |

Explain each category of expense included in "other": Taxes, hazard ins, mortgage ins, lien, over/short, misc, borrower serv chg, 2nd PI, accident/health, life, replacement reserve, HUD subsidy

**Date new monthly payment amount begins:**    March 01, 2011

A copy of the annual escrow analysis outlining the basis for the payment change    ☑ is    ☐ is not attached. (If not attached, explain why.)

A post-petition cost and fee disclosure of the fees and costs due under the contract in the past 12 months    ☐ is    ☑ is not attached. (If not attached, explain why.) Provided separately in accordance with Section XI of Administrative Order 09-02.

**Any questions should be directed to:**

Chase Home Finance, LLC.

Chase Records Center Attn: Correspondence Mail Mail Code LA4-5555 700 Kansas Lane

Monroe, LA 71203

888-332-3412

Date: December 26, 2010

By: /s/ Diana Duarte

Authorized Filing Agent for Filer

# CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2010, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Brenda J Weitzel
41380 Oberlin-Elyria Rd
Elyria, OH 44035

Debtor's Attorney:

William J Balena
511 Broad Street
Elyria, OH 44035

Trustee:

Craig H Shopneck
Chapter 13 Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2321

/s/ Bill Taylor

As Authorized Filing Agent for Filer

358466-910f97c0-95b1-4f5e-b8c1-4a1e9fe328ed



# Annual Escrow Account Disclosure Statement

**Customer Care**
**Customer Care Phone:** 1-800-848-9136
**Hearing Impaired (TDD):** 1-800-582-0542
www.chase.com/homefinance/customerservice

07516 ESA  Z 34910 C -  BRE
ROBERT E WEITZEL
BRENDA J WEITZEL
41380 OBERLIN RD
ELYRIA OH  44035

**Loan Summary**
Loan Number:
Principal Balance:     $86,160.57
Escrow Balance:        $855.70
Next Payment Due:      11/01/10

**Statement Date**
December 14, 2010

**Property Address:**
41380 Oberlin Rd
Elyria, OH

**Prior Payment Breakdown**
Principal and Interest    $690.11
Escrow                    $185.14
**Total Payment**         **$875.25**

**New Payment Breakdown Effective 03/01/11**
Principal and Interest    $690.11
Escrow                    $190.97
Shortage Spread           $10.21
**Total Payment**         **$891.29**



## YOUR ESCROW ACCOUNT HISTORY
Keep this statement for your records.  This history compares the escrow activity that was projected for the past period with your actual escrow activity.  Because taxes and insurance premiums were projections, the actual amounts paid may be different.

**Comparing Projections to the Actual Payments**

| Description | Month | Prior Year Projection Payments to escrow account | Payments from escrow account | Escrow Balance | Actual Activity Payments to escrow account | Payments from escrow account | Escrow Balance |
|---|---|---|---|---|---|---|---|
| Beginning Balance |  | $0.00 | $0.00 | $828.91 | $0.00 | $0.00 | $1,171.77 |
| Payment | 03/10 | $185.14 | $0.00 | $1,014.05 | $0.00* | $0.00 | $1,171.77 |
| Payment | 04/10 | $185.14 | $0.00 | $1,199.19 | $185.14 | $0.00 | $1,356.91 |
| Payment | 05/10 | $185.14 | $0.00 | $1,384.33 | $370.28* | $0.00 | $1,727.19 |
| Payment | 06/10 | $185.14 | $0.00 | $1,569.47 | $0.00* | $0.00 | $1,727.19 |
| County Tax | 06/10 | $0.00 | $837.33 | $732.14 | $0.00* | $821.83* | $905.36 |
| Homeowner In | 06/10 | $0.00 | $0.00 | $732.14 | $0.00 | $648.00* | $257.36 |
| Payment | 07/10 | $185.14 | $0.00 | $917.28 | $0.00* | $0.00 | $257.36 |
| Homeowner In | 07/10 | $0.00 | $547.00 | $370.28 | $0.00* | $0.00* | $257.36 |
| Payment | 08/10 | $185.14 | $0.00 | $555.42 | $185.14 | $0.00 | $442.50 |
| Payment | 09/10 | $185.14 | $0.00 | $740.56 | $0.00* | $0.00 | $442.50 |
| Payment | 10/10 | $185.14 | $0.00 | $925.70 | $185.14 | $0.00 | $627.64 |
| Payment | 11/10 | $185.14 | $0.00 | $1,110.84 | $42.92* | $0.00 | $670.56 |
| Payment | 12/10 | $185.14 | $0.00 | $1,295.98 | $555.42* | $0.00 | $1,225.98 |
| Payment | 01/11 | $185.14 | $0.00 | $1,481.12 | $185.14 | $0.00 | $1,411.12 |
| County Tax | 01/11 | $0.00 | $837.33 | $643.79 | $0.00 | $0.00* | $1,411.12 |
| Payment | 02/11 | $185.14 | $0.00 | $828.93 | $185.14 | $0.00 | $1,596.26 |
| County Tax | 02/11 | $0.00 | $0.00 | $828.93 | $0.00 | $821.83* | $774.43 |
| Total |  | $2,221.68 | $2,221.66 |  | $1,894.32 | $2,291.66 |  |

* Either the date or the amount differs from the previous projection.

Your previous Escrow Account Disclosure Statement projected payments to your escrow account would be $185.14 monthly, totaling $2,221.68.  Under federal law, your lowest monthly balance should not go below $370.28.

Please detach and return the bottom portion of this statement with your shortage.

## Lump-Sum Escrow Shortage Payment Coupon

Mail this coupon to pay your escrow shortage in one lump sum.  If your mortgage payment is due, Chase may use these funds to make your payment.

Please make your check or money order payable to Chase Home Finance and write your loan number on your check.

**Please do not use this coupon to remit your regular monthly payment; doing so may delay processing.**

Loan Number

Escrow Shortage amount $122.49-.  See detail explanation of your shortage on the back of this statement.

If the total shortage is received by April 28, 2011, your new payment amount will be $881.08.

**Escrow shortage payments received after April 28, 2011 will be reviewed for a new Escrow Analysis.**

CHASE HOME FINANCE
PO BOX 78420
PHOENIX, AZ  85062-8420

Total Check Amount     $

313002  00012249  00000000  00000000  00007

09-21394-rb    Doc 45    FILED 12/26/10    ENTERED 12/26/10 16:42:10    Page 3 of 4

## GENERAL ESCROW INFORMATION

Instead of making multiple payments for insurance and taxes during the year, escrow enables you to put money aside monthly and let Chase handle the payments.

| Description | Due Date | New Year Projections | Monthly Required Escrow | Description | Due Date | New Year Projections | Monthly Required Escrow |
|---|---|---|---|---|---|---|---|
| County Tax | 07/11 | $1,643.66 | $136.97 | Hazard Ins | 07/11 | $648.00 | $54.00 |
| | | | | **Totals** | | $2,291.66 | $190.97 |

## REQUIRED RESERVE

Section 10 of the Real Estate Settlement Procedures Act (RESPA) authorizes lenders to collect and maintain up to one-sixth of your total disbursements in your escrow account at all times. The required reserve is used to cover increased tax and insurance disbursements. We do not cushion for mortgage insurance or optional products.

Total Monthly Required Escrow  $190.97
Total Required Reserve  $381.94

## PROJECTIONS FOR COMING YEAR

This is an estimate of activity projected for your escrow account during the coming year. The **Target Balance** is the beginning balance necessary to bring your escrow account at its lowest point during the next 12 months to zero plus the allowed required reserve.

**Indicates the Lowest Projected Balance in your account during the next 12 months. Some escrow accounts may be billed for periods longer than one year. The account balance may not reach its Lowest Projected Balance this year because one of the escrow items may be on a three-year cycle.

| Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance | Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance |
|---|---|---|---|---|---|---|---|---|---|
| Target Balance | | $0.00 | $0.00 | $896.92 | Payment | 08/11 | $190.97 | $0.00 | $572.91 |
| Payment | 03/11 | $190.97 | $0.00 | $1,087.89 | Payment | 09/11 | $190.97 | $0.00 | $763.88 |
| Payment | 04/11 | $190.97 | $0.00 | $1,278.86 | Payment | 10/11 | $190.97 | $0.00 | $954.85 |
| Payment | 05/11 | $190.97 | $0.00 | $1,469.83 | Payment | 11/11 | $190.97 | $0.00 | $1,145.82 |
| Payment | 06/11 | $190.97 | $0.00 | $1,660.80 | Payment | 12/11 | $190.97 | $0.00 | $1,336.79 |
| Payment | 07/11 | $190.97 | $0.00 | $1,851.77 | Payment | 01/12 | $190.97 | $0.00 | $1,527.76 |
| County Tax | 07/11 | $0.00 | $821.83 | $1,029.94 | Payment | 02/12 | $190.97 | $0.00 | $1,718.73 |
| Homeowner In | 07/11 | $0.00 | $648.00 | $381.94** | County Tax | 02/12 | $0.00 | $821.83 | $896.90 |
| | | | | | **Total** | | $2,291.64 | $2,291.66 | |

## COMPUTATION OF YOUR ESCROW ACCOUNT

**Escrow Shortage:** Your Anticipated Escrow Balance is $774.43. Your Target Balance according to this analysis is $896.92. The Anticipated Escrow Balance is less than the Target Balance. For that reason your account has a shortage in the amount of $122.49- that will be collected over a period of 12 months or more. However, you may opt to make a lump-sum payment using the LUMP-SUM ESCROW SHORTAGE COUPON.

| | |
|---|---|
| Anticipated Escrow Balance | $774.43 |
| Minus the Target Balance | $896.92 |
| Escrow Shortage | $122.49- |

**Anticipated Escrow Balance** is calculated by taking your actual escrow balance of $855.70 as of December 14, 2010. The balance is then calculated by adding all payments and subtracting all disbursements scheduled for your escrow account until the effective date of the new payment, March 1, 2011.

**This statement is not a request for payment. It is for informational purposes only.**
Your new monthly mortgage payment for the coming year will be $891.29 of which $690.11 will be for principal and interest and $201.18 will go into your escrow account. The terms of your loan may result in changes to the monthly principal and interest payments during the year.

Authorization to Convert Your Check to an Electronic Funds Transfer Debit - By sending your check to us, you authorize Chase Home Finance LLC to convert the check into an electronic funds transfer. Please be aware that your bank account may be debited as soon as the same day we receive your payment. Please call Customer Care at (888) 519-8891 if you have any questions or wish to opt out of electronic check collection.

ESA 34910 C